FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

February 02, 2018

Mr. Wallace B. Jefferson
Alexander Dubose Jefferson & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562
* DELIVERED VIA E-MAIL *

Mr. Robert K. Wise
Lillard Wise Szygenda PLLC
13760 Noel Rd., Suite 1150
Dallas, TX 75240
* DELIVERED VIA E-MAIL *

RE:    Case Number: 15-1008
       Court of Appeals Number: 05-14-00843-CV
       Trial Court Number: DC-12-12696

Style:  CITY OF RICHARDSON, TEXAS
       v.
       ONCOR ELECTRIC DELIVERY COMPANY LLC

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. Scott N. Houston (DELIVERED VIA E-MAIL)
      Mr. Clarence A. West (DELIVERED VIA E-MAIL)
      Ms. Amy Davis (DELIVERED VIA E-MAIL)
      Mr. Roger D. Townsend (DELIVERED VIA E-MAIL)
      Ms. Victoria W. Thomas (DELIVERED VIA E-MAIL)
      Ms. Hannah Wilchar (DELIVERED VIA E-MAIL)
      Ms. Lisa Matz (DELIVERED VIA E-MAIL)
      Mr. Howard V. Fisher (DELIVERED VIA E-MAIL)
      Mr. Thomas Lane Brocato (DELIVERED VIA E-MAIL)
      Mr. John C. Stewart (DELIVERED VIA E-MAIL)
      Ms. Kellie E. Billings-Ray (DELIVERED VIA E-MAIL)
      District Clerk Dallas County (DELIVERED VIA E-MAIL)